# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Pall Corporation | 12/9/2022 | Wire | Wire | $ 16,703.53 |
| Akorn Operating Company, LLC | Pall Corporation | 1/6/2023 | Wire | Wire | $ 63,246.01 |
| Akorn Operating Company, LLC | Pall Corporation | 1/13/2023 | Wire | Wire | $ 2,262.89 |
| Akorn Operating Company, LLC | Pall Corporation | 1/20/2023 | Wire | Wire | $ 39,186.19 |
| Akorn Operating Company, LLC | Pall Corporation | 1/27/2023 | Wire | Wire | $ 39,990.00 |
| Akorn Operating Company, LLC | Pall Corporation | 2/1/2023 | Wire | Wire | $ 5,739.22 |
| | | | | | $ 167,127.84 |